```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14146
   ANGEL M SARABIA
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-7492
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/02/08 and confirmed on 09/17/08.

2. The case was converted to Chapter 7 after confirmation, 11/18/2008.

3. The Debtor paid a total of $ 4404.39 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 41552.23 | .00 | 561.86 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 11881.80 | .00 | 160.66 |
| LOYOLA UNIVERSITY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 397.47 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 10928.20 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 53434.03 | .00 | 11325.67 | .00 | 64759.70 |
| PRINCIPAL PAID | 722.52 | .00 | .00 | .00 | 722.52 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 722.52 | .00 | .00 | .00 | 722.52 |

The Debtor's attorney, NELLA E MARIANI                , was allowed $   3500.00 and was paid $    500.00   direct and $   3000.00   through the plan.

The Trustee received $    208.34 .

Refunds to the Debtor totaled $    473.53 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/12/09                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 14146 ANGEL M SARABIA